

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS
RETURN TO SENDER

Ivan L. Mendez

NOT AT THIS ADDRESS

RECEIVED
APR - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-898-JJF |
| | ) |
| U.S. JUSTICE SYSTEM, DELAWARE STATE, ALL OF THIS CRIMINAL ORGANIZATION WORKERS, ALL OF THIS CRIMINAL ORGANIZATION JOINERS (INMATES), and ALL OF THE PEOPLE THAT ALL OF THE DOJ KNOW IT, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Plaintiff Ivan L. Mendez, SBI # 453351, is a *pro se* litigant who is presently incarcerated at the Delaware Psychiatric Center in New Castle, Delaware. Plaintiff filed this action pursuant to 42 U.S.C. § 1983, and requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

**I. STANDARD OF REVIEW**

Reviewing complaints filed pursuant to 28 U.S.C. § 1915 is a two step process. First, the Court must determine whether Plaintiff is eligible for pauper status. On August 16, 2004, the Court granted Plaintiff leave to proceed *in forma pauperis*, determined that he had no assets with which to pay the filing fee and ordered him to file an authorization form within thirty days,